**Exhibit A to the Complaint**

**Location:** Chicago, IL  **IP Address:** 76.255.205.177
**Total Works Infringed:** 25  **ISP:** AT&T U-verse

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | FFB59D7B851B2FAC080AAAD07215FDA138C5D5B9 | 04/05/2019 03:30:32 | Vixen | 08/07/2018 | 09/05/2018 | PA0002135684 |
| 2 | 0616906E5B0D445A8FB469D45908C91D24F6CD2F | 10/13/2018 15:45:21 | Blacked | 09/27/2018 | 11/01/2018 | PA0002143428 |
| 3 | 061CC3A792B286632E89FFD7A1B26284D351D32A | 01/02/2019 01:46:29 | Tushy | 01/01/2019 | 02/02/2019 | PA0002155376 |
| 4 | 303AA83349BCEE7961EA7089C245D7431040E54A | 09/02/2018 03:23:09 | Blacked Raw | 08/30/2018 | 10/16/2018 | PA0002127777 |
| 5 | 3350AD6ED2ECD3F20CA9BFAB853A3CED164589B0 | 08/17/2018 23:37:05 | Blacked Raw | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 6 | 35F1FF1A35600AEA1A436340DA1944BD3C3A0D3A | 08/05/2018 17:36:54 | Blacked Raw | 07/26/2018 | 09/01/2018 | PA0002119594 |
| 7 | 3F270D99BA6AD25ECA5DA3F1A19E9EE0BD1A3B75 | 02/16/2019 03:03:34 | Vixen | 02/13/2019 | 03/11/2019 | PA0002158413 |
| 8 | 53DD9DA9E0B24B4961098D0683C348309445E260 | 01/11/2019 05:55:04 | Vixen | 12/25/2018 | 01/22/2019 | PA0002147901 |
| 9 | 5646357C2C33F1322815940754A792D16F4A3E8C | 04/28/2019 05:24:55 | Blacked Raw | 04/22/2019 | 06/03/2019 | PA0002178771 |
| 10 | 6A9C3A31CC22405729F230BE6332DE0A31F7BB38 | 01/04/2019 05:56:43 | Vixen | 12/20/2018 | 01/22/2019 | PA0002147683 |
| 11 | 7B57FCC04E365EC8AFA37E1EEDD1AEC885BB92B3 | 12/11/2017 02:00:31 | Blacked | 12/06/2017 | 01/04/2018 | PA0002097418 |
| 12 | 7B75F10ACF4BAA5B3A8D5265CFCAC24A2F0E0B18 | 05/19/2019 03:39:03 | Tushy | 01/26/2019 | 02/22/2019 | PA0002155150 |
| 13 | 80494AFA4036C921B131676C3D1A61F5DE378231 | 04/28/2019 05:23:00 | Blacked | 04/10/2019 | 05/11/2019 | PA0002173883 |
| 14 | 8A6F4B2D495BDFF5C7C255266DA06E8E0BA41B22 | 04/05/2019 03:35:35 | Vixen | 04/04/2019 | 04/29/2019 | PA0002169968 |
| 15 | 8BCB7B06AB36EDCC1B53F56BC6B1329DB9D48900 | 01/27/2019 02:10:23 | Tushy | 01/21/2019 | 02/22/2019 | PA0002155131 |
| 16 | A13372D383B6487823771167C3024FF64D0BAF6F | 01/02/2019 01:55:39 | Vixen | 12/15/2018 | 01/22/2019 | PA0002147905 |
| 17 | A1D049D475923190FF3A7134A0D2B9F10D62914B | 10/22/2018 04:09:01 | Vixen | 09/26/2018 | 10/16/2018 | PA0002127776 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | A89525172FC31E96791A5091366B3B562DA0B84A | 08/17/2018 23:34:31 | Blacked Raw | 08/15/2018 | 09/01/2018 | PA0002119585 |
| 19 | AA9D6ED52E9FECEA19124A8F7FE433617F801994 | 01/11/2019 05:50:29 | Blacked | 01/10/2019 | 02/02/2019 | PA0002155382 |
| 20 | B0CE169D460B3E10FDC06D60342FA7FD5FBE531B | 11/16/2018 04:52:05 | Blacked Raw | 11/13/2018 | 12/10/2018 | PA0002145836 |
| 21 | B80966EB25CE62DA272DA719ED0EFEF0C671D237 | 09/17/2018 02:10:31 | Vixen | 09/06/2018 | 11/01/2018 | PA0002143433 |
| 22 | CFEBC9AE50CD5776401B39FF5FF280EB18AED998 | 05/28/2018 05:59:35 | Vixen | 05/14/2018 | 06/19/2018 | PA0002126499 |
| 23 | D35DE91797823D90CFD9EAB5A55CF23E8D37AB3A | 01/02/2019 01:49:53 | Blacked | 12/31/2018 | 01/22/2019 | PA0002147686 |
| 24 | D9261D3722C161272619A45A80E6F849B0BC63B5 | 01/15/2019 04:25:00 | Blacked Raw | 11/18/2018 | 12/10/2018 | PA0002146476 |
| 25 | EAB3533FB381C799B59AAA64A20DF16CE3C18A18 | 03/02/2019 05:44:38 | Blacked | 03/01/2019 | 03/31/2019 | PA0002163976 |